1
 J.B., as legal guardian and personal representative of E.B., an adult with a disability, Petitioner v. MKBS, LLC d/b/a Metro Taxi, Inc. a/k/a Metro Transportation Planning and Solution Group; and Jesus Manuel Ortiz, Respondents No. 24SC747
Supreme Court of Colorado, En Banc
June 30, 2025
           Court
 of Appeals Case No. 23CA1415
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          Whether
 the court of appeals erred in affirming the trial court's
 order permitting a defaulting defendant to testify contrary
 to the facts of his default.
 
 2
 
          Whether
 the court of appeals erred in affirming the trial court's
 order entering judgment, premised on the verdict the jury
 reached after hearing a defaulting defendant's testimony
 contrary to his default, in favor of that same defendant.
 
 
          Whether
 the court of appeals erred in affirming the trial court's
 order setting aside the default judgment entered against a
 defaulting defendant, misapplying the applicable three factor
 test and its heightened standard of proof.